

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-16-00441-CR**

**IN RE NELSON PARNELL, JR.**

_____

**Original Proceeding**

_____

# ORDER

Nelson Parnell, Jr.'s "Motion for Order of Relief Sought: TRAP 10.1(a) 1,2,3,4" filed on February 6, 2017 is denied. The State filed a motion for extension of time to file its response in this matter. The Court granted the State's motion, and the State's response is now due February 15, 2017.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion denied
Order issued and filed February 15, 2017

